IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD OTTO HANSEN, | ) | 4:07CV3071 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| KENNETH VAMPOLA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On March 20, 2007, this court entered an order denying Plaintiff's motion to proceed in forma pauperis and requiring Plaintiff to pay the full $350.00 filing fee. (Filing No. 7.) The court warned Plaintiff that failure to pay the filing fee by April 15, 2007 would result in dismissal without further notice. (*Id.*) Plaintiff appealed that order. (Filing No. 8.) On December 3, 2007, the Eighth Circuit Court of Appeals affirmed the court's ruling.

Plaintiff has not paid the filing fee in this matter or taken any other action. Plaintiff's Complaint must therefore be dismissed.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Complaint is dismissed without prejudice for failure to prosecute his claims diligently.

2. A separate judgment will be entered in accordance with this memorandum and order.

January 28, 2008.                    BY THE COURT:


                                     s/ Joseph F. Bataillon
                                     Chief United States District Judge